JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>              Petitioner,<br><br>        v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>              Respondent. | ) Case No. CV 18-4038-FMO (JPR)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: <u>March 1, 2019</u>

                                /s/
                          FERNANDO M. OLGUIN
                          U.S. DISTRICT JUDGE